16 F.3d 403
 Federal Deposit Insurance Corporation, as Receiver for
American Savings Bank, f/k/a American Savings Bank, F.S.B.
v.
Bistricer (Morris, Elsa), Ginsberg (Morton L.), Bistricer
(Alex, David), United Jersey Bank, Public Service Mutual
Insurance Company, Schoen Fuel Services, Inc., Commissioner
of Community Affairs of State, State, 'John Does' Nos. 1-25
 NO. 93-5380
 United States Court of Appeals,
Third Circuit.
 Dec 21, 1993
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.